Wiliam J. Edelman (SBN 285177)
**MILBERG, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
wedelman@milberg.com

*Counsel for Plaintiff and the Putative Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN YOUNGBLOOD, NICOLE CHMURA AND CHRIS RICE, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS,<br><br>Defendant. | Case No.: 3:26-CV-01100-JD |

**<u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

Plaintiffs, Devin Youngblood, Nicole Chmura and Chris Rise, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant, Meta Platforms, without prejudice.

Dated: February 19, 2026,    Respectfully submitted,

<u>/s/ William J. Edelman</u>
William J. Edelman (SBN 285177)
**MILBERG PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
wedelman@milberg.com

*Counsel for Plaintiff and the Proposed Class*

NOTICE OF VOLUNTARY DISMISSAL